HESS, Inc., Libellant-Appellant,

v.

THE ARIZONA, Perseveranza Societa di Navigazione, claimant, et al., Respondents-Appellees (together with consolidated cross-libel).

No. 187, Docket 24341.

United States Court of Appeals Second Circuit.

Argued Feb. 4, 5, 1957.

Decided Feb. 25, 1957.

———◆———

Leonard J. Matteson, of Bigham, Englar, Jones & Houston, New York City (Charles A. Van Hagen, Jr., of Bigham, Englar, Jones & Houston, New York City, and Donald M. Waesche, Jr., New York City, on the brief), for libellant-appellant, Hess, Inc.

George B. Warburton, of Hill, Rivkins, Middleton, Louis & Warburton, New York City (Herbert P. Reid, New York City, on the brief), for respondent-appellee Perseveranza Societa di Navigazione, owner of the Tanker Arizona.

Adrian J. O'Kane, of Burlingham, Hupper & Kennedy, New York City (H. Barton Williams, New York City, on the brief), for respondents-appellees Moran Towing & Transportation Co., Inc., and Tugs Carol Moran and Sheila Moran.

Before CLARK, Chief Judge, MEDINA, Circuit Judge, and SMITH, District Judge.

PER CURIAM.

We affirm on the reasoned findings of fact, conclusions of law, and opinion of Chief Judge Clancy, 149 F.Supp. 733, finding the pier-owner, Hess, Inc., solely responsible for the collision of a tanker with its pier because of its distribution of misleading charts, which failed to disclose shallow water near the pier and thus led to the grounding of the tanker on a shoal and resulting swing into the pier.

Affirmed.